UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


John Cook

    v.                                          Case No. 23-cv-550-JL-AJ

FCI Berlin, Warden


                              ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 17, 2025.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                                               _____
                                                                           Joseph N. Laplante
                                                                           United States District Judge

Date: February 25, 2025

cc:  John Cook, pro se
     Counsel of Record